

Victoria Anderson <vanderson@drms.ms>

## RE: RE: INITIATION OF INVESTIGATION - PURSUANT TO PROTECTION AND ADVOCACY FOR INDIVIDUALS WITH MENTAL ILLNESS ("PAIMI")

4 messages

**Victoria Anderson** <vanderson@drms.ms>    Wed, Oct 12, 2022 at 4:05 PM
To: ellisc@mccomb.k12.ms.us, gjward@mccomb-ms.gov
Cc: KaShonda Day <KaShonda.Day@arlaw.com>, Elise Rueff <erueff@drms.ms>
Bcc: Tammy Crane <tcrane@drms.ms>, Andy Robison <arobison@drms.ms>, Cassie Tolliver <ctolliver@drms.ms>

Good afternoon all:

Please find attached important correspondence in regard to the above referenced matter.

Best regards,

Victoria Anderson

**Victoria Anderson**
*Attorney*
**Disability Rights Mississippi**
5 Old River Place, Suite 101
Jackson, Mississippi 39202
**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Email:** vanderson@drms.ms



**CONFIDENTIALITY NOTICE:** This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.



Sender notified by
Mailtrack


.pdf
3788K

---

**KaShonda Day** <KaShonda.Day@arlaw.com>    Sun, Oct 23, 2022 at 3:37 PM
To: Victoria Anderson <vanderson@drms.ms>
Cc: Elise Rueff <erueff@drms.ms>

Ms. Anderson,



EXHIBIT B

Thank you for your correspondence. We believe your interpretation of 42 U.S.C. Section 10801(b)(2)(B) is incorrect and this regulation is not applicable to a public school district. Accordingly, the McComb School District does consent to monitoring or investigation by DRMS. Please do not contact the school district or staff about this matter without contacting me, as the district's legal counsel. Further, I should be present and included anytime you communicate with any McComb School District staff member.

Victoria, now that you are aware that I am the legal counsel for McComb School District, please refrain from contacting my clients and simply copying me on the email. I have addressed this with you previously. If you, as an attorney, have anything you'd like to communicate to my clients, please send it to me and do not copy my clients. This constitutes improper communication with a party you know is represented by legal counsel. If there is any confusion, we can get an opinion from the MS Bar. If my interpretation of the Rules of Professional Responsibility are incorrect, I can accept that. Otherwise, going forward, please contact me with any concern you have about a client you know I am representing. Do not contact my clients and copy me on the email. Do not contact me and copy my clients on the email unless I've included them on a response to you. Thank you.

Respectfully,

[Quoted text hidden]

**KaShonda Day** | ADAMS AND REESE LLP
Partner

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**P:** 601.292.0785
kashonda.day@arlaw.com | Bio | vCard | Twitter | LinkedIn

---

**Victoria Anderson** <vanderson@drms.ms>   Mon, Oct 24, 2022 at 9:09 AM
To: Greta Martin <gmartin@drms.ms>, Katherine Henderson <khenderson@drms.ms>

**Victoria Anderson**
*Attorney*
**Disability Rights Mississippi**
5 Old River Place, Suite 101
Jackson, Mississippi 39202
**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Email:** vanderson@drms.ms



**CONFIDENTIALITY NOTICE:** *This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.*

[Quoted text hidden]

> Sender notified by
> Mailtrack



**Victoria Anderson** <vanderson@drms.ms>  Tue, Oct 25, 2022 at 10:27 AM
To: KaShonda Day <KaShonda.Day@arlaw.com>
Cc: Elise Rueff <erueff@drms.ms>, Greta Martin <gmartin@drms.ms>, Katherine Henderson <khenderson@drms.ms>
Bcc: Andy Robison <arobison@drms.ms>

Ms. Day:

Thank you for your email notifying DRMS of your representation of the McComb School District. As discussed in detail with you in the past, DRMS does not know which school districts you represent and which matters you handle for those school districts. Because of your consistent requests that we send correspondence (including initial correspondence, such as complaints and investigation notices) to you for all districts that you represent, we have asked on multiple occasions that you send DRMS a list of school districts that you represent, but you have refused to do so.

Once again, in light of your refusal to provide such a requested list, DRMS does not and cannot reasonably determine which school districts you represent and for which matters you represent those school districts. As always has been the case, DRMS will direct correspondence related to a matter to you from the moment DRMS is notified that you represent the school district (or other party) on said matter.

This is the first notification DRMS has received from you that you will be representing McComb School District related to the investigation that DRMS is conducting against it. So again, thank you for this email notifying us of your representation of the McComb School District in regards to DRMS's investigation of the school district. DRMS will send correspondence to you from this point forward, as has always been our practice.

The content of your email is unclear. I believe you were attempting to state that the McComb School District does not consent to monitoring or investigation by DRMS. As you should now know, the statute requires that an entity provide written notice to DRMS of any denial of DRMS's access. DRMS requests that you please state clearly on behalf of your client whether McComb School District is denying DRMS access or not.

Please also note that investigations conducted by DRMS are completely separate and apart from other work conducted by our office.

Thanks,

Victoria Anderson

**Victoria Anderson**
*Attorney*
**Disability Rights Mississippi**
5 Old River Place, Suite 101
Jackson, Mississippi 39202
**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Email:** vanderson@drms.ms



**CONFIDENTIALITY NOTICE:** *This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.*



Sender notified by
Mailtrack

[Quoted text hidden]