Gmail                                       Victoria Anderson <vanderson@drms.ms>

## RE: RE: INITIATION OF INVESTIGATION - PURSUANT TO PROTECTION AND ADVOCACY FOR INDIVIDUALS WITH MENTAL ILLNESS ("PAIMI")

3 messages

**KaShonda Day** <KaShonda.Day@arlaw.com>                            Tue, Oct 25, 2022 at 1:09 PM
To: Victoria Anderson <vanderson@drms.ms>
Cc: Elise Rueff <erueff@drms.ms>, Greta Martin <gmartin@drms.ms>, Katherine Henderson <khenderson@drms.ms>, Jim Keith <Jim.Keith@arlaw.com>

Ms. Anderson,

Thank you for your response. I currently serve as legal counsel for the McComb School District Board of Trustees. When you emailed your October 12, 2022 correspondence to the Superintendent, Dr. Cederick Ellis, I'm certain you were aware that I served as the District's legal counsel as I was copied on both the email and the attached correspondence. As such, again, it was improper to communicate with Dr. Ellis and simply copy me. This constitutes improper communication with a party represented by legal counsel. Going forward, all correspondence to McComb School District from you should be directed to me only as the District's legal counsel. I also serve as local counsel for the MS Achievement School District (Humphreys County School District and Yazoo City Schools). Please govern yourself accordingly.

Adams and Reese represents multiple school districts throughout the state in a variety of matters. My primary practice involves matters related to students with disabilities. While I cannot predict when a school district will retain Adams and Reese to represent it in a specific matter, when the firm is retained and I am engaged, I will inform you of my representation in all DRMS matters.

For informational purposes, all school districts in the state are represented by local counsel or a school board attorney.

With respect to the District's position on granting DRMS access to its schools, you are correct, the content of my previous email is unclear. I apologize. For clarity, the requested access is denied. I will follow up with a brief and formal correspondence shortly. I will also provide you with an electronic copy of ▇▇▇▇▇▇▇ today.


EXHIBIT C

**From:** Victoria Anderson <vanderson@drms.ms>
**Sent:** Tuesday, October 25, 2022 10:27 AM
**To:** KaShonda Day <KaShonda.Day@arlaw.com>
**Cc:** Elise Rueff <erueff@drms.ms>; Greta Martin <gmartin@drms.ms>; Katherine Henderson <khenderson@drms.ms>
**Subject:** Re: RE: INITIATION OF INVESTIGATION - PURSUANT TO PROTECTION AND ADVOCACY FOR INDIVIDUALS WITH MENTAL ILLNESS ("PAIMI")

Ms. Day:

Thank you for your email notifying DRMS of your representation of the McComb School District. As discussed in detail with you in the past, DRMS does not know which school districts you represent and which matters you handle for those school districts. Because of your consistent requests that we send correspondence (including initial correspondence, such as complaints and investigation notices) to you for all districts that you represent, we have asked on multiple occasions that you send DRMS a list of school districts that you represent, but you have refused to do so.

Once again, in light of your refusal to provide such a requested list, DRMS does not and cannot reasonably determine which school districts you represent and for which matters you represent those school districts. As always has been the case, DRMS will direct correspondence related to a matter to you from the moment DRMS is notified that you represent the school district (or other party) on said matter.

This is the first notification DRMS has received from you that you will be representing McComb School District related to the investigation that DRMS is conducting against it. So again, thank you for this email notifying us of your representation of the McComb School District in regards to DRMS's investigation of the school district. DRMS will send correspondence to you from this point forward, as has always been our practice.

The content of your email is unclear. I believe you were attempting to state that the McComb School District does not consent to monitoring or investigation by DRMS. As you should now know, the statute requires that an entity provide written notice to DRMS of any denial of DRMS's access. DRMS requests that you please state clearly on behalf of your client whether McComb School District is denying DRMS access or not.

Please also note that investigations conducted by DRMS are completely separate and apart from other work conducted by our office.

Thanks,

Victoria Anderson


**Victoria Anderson**

*Attorney*

**Disability Rights Mississippi**

5 Old River Place, Suite 101
Jackson, Mississippi 39202

**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Email:** vanderson@drms.ms



**CONFIDENTIALITY NOTICE:** *This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.*

Sender notified by
Mailtrack



On Sun, Oct 23, 2022 at 3:38 PM KaShonda Day <KaShonda.Day@arlaw.com> wrote:

> Ms. Anderson,
>
> Thank you for your correspondence. We believe your interpretation of 42 U.S.C. Section 10801(b)(2)(B) is incorrect and this regulation is not applicable to a public school district. Accordingly, the McComb School District does consent to monitoring or investigation by DRMS. Please do not contact the school district or staff about this matter without contacting me, as the district's legal counsel. Further, I should be present and included anytime you communicate with any McComb School District staff member.
>
> Victoria, now that you are aware that I am the legal counsel for McComb School District, please refrain from contacting my clients and simply copying me on the email. I have addressed this with you previously. If you, as an attorney, have anything you'd like to communicate to my clients, please send it to me and do not copy my clients. This constitutes improper communication with a party you know is represented by legal counsel. If there is any confusion, we can get an opinion from the MS Bar. If my interpretation of the Rules of Professional Responsibility are incorrect, I can accept that. Otherwise, going forward, please contact me with any concern you have about a client you know I am representing. Do not contact my clients and copy me on the email. Do not contact me and copy my clients on the email unless I've included them on a response to you. Thank you.
>
> Respectfully,
>
> **From:** Victoria Anderson <vanderson@drms.ms>
> **Sent:** Wednesday, October 12, 2022 4:06 PM
> **To:** ellisc@mccomb.k12.ms.us; gjward@mccomb-ms.gov
> **Cc:** KaShonda Day <KaShonda.Day@arlaw.com>; Elise Rueff <erueff@drms.ms>
> **Subject:** RE: RE: INITIATION OF INVESTIGATION - PURSUANT TO PROTECTION AND ADVOCACY FOR INDIVIDUALS WITH MENTAL ILLNESS ("PAIMI")
>
> Good afternoon all:
>
> Please find attached important correspondence in regard to the above referenced matter.
>
> Best regards,
>
> Victoria Anderson
>
> **Victoria Anderson**

*Attorney*

**Disability Rights Mississippi**

5 Old River Place, Suite 101
Jackson, Mississippi 39202

**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Email:** vanderson@drms.ms



**CONFIDENTIALITY NOTICE:** This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.



Sender notified by
Mailtrack

[data:image/gif;base64,R0lGODlhAQABAIAAAAAAAP///yH5BAEAAAAALAAAAAABAAEAAAIBRAA7

**KaShonda Day** | ADAMS AND REESE LLP

Partner

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157

**P:** 601.292.0785

kashonda.day@arlaw.com | Bio | vCard | Twitter | LinkedIn

---

**Greta Martin** <gmartin@drms.ms>    Tue, Oct 25, 2022 at 1:58 PM
To: KaShonda Day <KaShonda.Day@arlaw.com>
Cc: Victoria Anderson <vanderson@drms.ms>, Elise Rueff <erueff@drms.ms>, Katherine Henderson <khenderson@drms.ms>, Jim Keith <Jim.Keith@arlaw.com>

Attorney Day -

I am going to interject as I serve as DRMS' Litigation Director and supervise Attorney Anderson's work. First, it is my understanding that Attorney Anderson copied you on the original email as a courtesy - which is something that DRMS as the Protection & Advocacy for the state of Mississippi does not have to do when initiating monitoring or an investigation for any facility or institution which falls under its access authority. We do not have ongoing litigation with McComb School District; therefore, we are not obligated to copy you on correspondence, but do so when we feel that it might expedite matters - especially when we are looking to investigate an issue. DRMS is very aware of the ethical obligations we have when requesting monitoring and investigations when no legal proceedings are pending as we do it daily with agencies such as Mississippi Department of Mental Health and Department of Corrections as well as other school districts. If you feel there was some ethical violation, then you should address that as you see fit with the Mississippi Bar on your time and we will respond accordingly. We are more concerned with following through with our mandate as the P&A where McComb School District is concerned and that is all we will be discussing moving forward.

Most importantly, it is my understanding that McComb School District is now denying access to DRMS as set forth in the original request. This is where I step in as I handle all challenges to access. I am considering your email an official denial of access which leaves DRMS no choice but to pursue legal remedy. If I misinterpreted this refusal and DRMS will be permitted to conduct the requested investigation, please let me know by the end of business tomorrow. Otherwise, please confirm whether you will accept service of process on behalf of your client, McComb School District.

Finally, while I believe you are aware (or should be) of DRMS' access authority, I am attaching a complete summary of our authority with legal citations for your convenience as I believe you should take a second look at your interpretation of 42 U.S.C. Section 10801(b)(2)(B) and other corresponding statutes.

I will be out of the office the rest of the week for a speaking engagement, but if you need to discuss you can reach out to Attorney Anderson if you wish. However, I would prefer any communication on this matter to be in writing.

Thank you,

Greta Martin
[Quoted text hidden]
--
*Greta Kemp Martin*
*Litigation Director*

5 Old River Place, Suite 101
Jackson, Mississippi 39202
**Telephone:** 601-968-0600
**Fax:** 601-968-0665
**Toll Free:** 800-772-4057
*TTY Available*



[Quoted text hidden]


DRMS Access Authority Summary.pdf
206K

---

**KaShonda Day** <KaShonda.Day@arlaw.com>  Tue, Oct 25, 2022 at 2:43 PM
To: Greta Martin <gmartin@drms.ms>
Cc: Victoria Anderson <vanderson@drms.ms>, Elise Rueff <erueff@drms.ms>, Katherine Henderson <khenderson@drms.ms>, Jim Keith <Jim.Keith@arlaw.com>

Ms. Martin,

Thank you for your correspondence. My position on the Rules of Professional Responsibility have not changed. However, I do appreciate your perspective.

I am familiar with 42 U.S.C. Section 10801. Again, the requested access is denied. I will follow up with a formal

correspondence once I return to my office. Thank you.

**From:** Greta Martin <gmartin@drms.ms>
**Sent:** Tuesday, October 25, 2022 1:58:06 PM
**To:** KaShonda Day
**Cc:** Victoria Anderson; Elise Rueff; Katherine Henderson; Jim Keith
[Quoted text hidden]

[Quoted text hidden]