IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DISABILITY RIGHTS MISSISSIPPI**            **PLAINTIFF**

v.            **CIVIL ACTION NO. 5:22-CV-91-DCB-BWR**

**MCCOMB SCHOOL DISTRICT et al**            **DEFENDANTS**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(1(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, DISABILITY RIGHTS MISSISSIPPI, and Defendant, MCCOMB SCHOOL DISTRICT, that Defendant, CITY OF MCCOMB, be dismissed with prejudice as to all claims and causes of actions with Defendant, CITY OF MCCOMB, bearing its own attorney's fees and costs.

**RESPECTFULLY SUBMITTED**, this the 30th day of March, 2023.

                                                   **DISABILITY RIGHTS MISSISSIPPI**
                                                   */s Greta Kemp Martin*
                                                   GRETA KEMP MARTIN, MSB 103672
                                                   DISABILITY RIGHTS MISSISSIPPI
                                                   5 OLD RIVER PLACE, SUITE 101
                                                   JACKSON, MISSISSIPPI 39202
                                                   Office: (601)968-0600
                                                   Facsimile: (601)968-0665

| | |
|---|---|
| */s/Kashonda Day* | */s/Marcus Williams* |
| KaShonda L. Day, Esq. (MSB #103144) | Marcus A. Williams (MSB #104817) |
| ADAMS AND REESE LLP | WILLIAMS & BASS, PLLC |
| 1018 Highland Colony Parkway, Suite 800 | Post Office Box 12889 |
| Ridgeland, MS 39157 | Jackson, Mississippi 39236 |
| Telephone: 601-292-0785 | Telephone: (601) 398-2266 |
| Facsimile: 601-355-9708 | Fax: (601) 351-5496 |
| kashonda.day@arlaw.com | mwilliams@williamsbass.com |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with this Court's electronic filing system which automatically sends notice to all Attorneys of record.

Dated: March 30, 2023

/s Greta Kemp Martin
GRETA KEMP MARTIN, MSB #103672
